UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORING BAILEY,<br><br>　　Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY,<br>CBS CORPORATION f/k/a VIACOM INC.,<br>successor by merger with CBS<br>CORPORATION f/k/a WESTINGHOUSE<br>ELECTRIC CORPORATION;<br>AIR & LIQUID SYSTEMS CORPORATION,<br>　　　AS SUCCESSOR BY MERGER TO<br>　　　　BUFFALO PUMPS, INC.,<br>LESLIE CONTROLS, INC.<br><br>　　Defendants. | Civil Action<br>No.: **3:10-cv-01055-VLB** |

**NOTICE OF FILING OF TAG-ALONG NOTICE**

　　NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. § 1407, defendant Air & Liquid Systems Corporation, as successor by merger to Buffalo Pumps, Inc.'s counsel filed the attached notice of tag-along and supporting documents with the Judicial Panel on Multidistrict Litigation on August 4, 2010.  See Notice of Tag-Along Action, a true and correct copy of which is attached hereto as Exhibit A.

　　　　　　　　　　　　　　　　Defendant/Cross-claim Plaintiff,
　　　　　　　　　　　　　　　　AIR & LIQUID SYSTEMS CORPORATION, AS
　　　　　　　　　　　　　　　　SUCCESSOR BY MERGER TO BUFFALO PUMPS,
　　　　　　　　　　　　　　　　INC.,

　　　　　　　　　　　　　　　　　/s/ *Michael D. Simons*
　　　　　　By:　_____
　　　　　　　　　　　　　　　　Michael D. Simons
　　　　　　　　　　　　　　　　CT Federal Bar No. 28100
　　　　　　　　　　　　　　　　Bryna Rosen Misiura, Esq.
　　　　　　　　　　　　　　　　CT Federal Bar No. 27675
　　　　　　　　　　　　　　　　GOVERNO LAW FIRM LLC

Two International Place, 15th Floor  
Boston, MA  02110  
(Ph) 617-737-9045  
(Fax) 617-737-9046  
msimons@governo.com  
bmisiura@governo.com

Dated: August 4, 2010

## **CERTIFICATION**

This is to certify that on this 4th day of August 2010, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system, or by mail to everyone unable to accept electronic filing as indicated in the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ *Michael D. Simons*
_____
Michael D. Simons